Filed: July 3, 1997

UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

No. 96-7285
(CA-96-608-AM)

Michael Edward Cooper,

Petitioner - Appellant,

versus

Ronald J. Angelone,

Respondent - Appellee.

O R D E R

The Court amends its opinion filed June 5, 1997, as follows:

On the cover sheet, section 4 -- the decided date is corrected to read June 5, 1997.

For the Court - By Direction

/s/ Patricia S. Connor

Clerk

**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-7285**

---

MICHAEL EDWARD COOPER,

                                        Petitioner - Appellant,

        versus

RONALD J. ANGELONE,

                                        Respondent - Appellee.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Albert V. Bryan, Jr., Senior District Judge.  (CA-96-608-AM)

---

Submitted:  May 29, 1997                    Decided:  June 5, 1997

---

Before NIEMEYER, LUTTIG, and MOTZ, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Michael Edward Cooper, Appellant Pro Se.  Thomas Drummond Bagwell, Assistant Attorney General, Richmond, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

2

PER CURIAM:

Michael Edward Cooper seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1997). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. Cooper v. Angelone, No. CA-96-608-AM (E.D. Va. July 9, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

3